| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

MAKUSHA GOZO,  §
§
    Petitioner,  §
§
*versus*  §  CIVIL ACTION NO. 1:22-CV-573
§
ATTORNEY GENERAL,  §
§
    Respondent.  §

**ORDER ADOPTING**
**THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

    Makusha Gozo, proceeding *pro se*, filed this petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.  The court referred this matter to the Honorable Christine L. Stetson, United States Magistrate Judge, for consideration pursuant to applicable laws and orders of this court.  The magistrate judge has submitted a Report and Recommendation of United States Magistrate Judge recommending the petition be dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(b).  To date the parties have not filed objections.

    The court has received the Report and Recommendation of United States Magistrate Judge, along with the record, pleadings, and all available evidence.  After careful review, the court finds that the findings of fact and conclusions of law of the magistrate judge are correct.

**ORDER**

    Accordingly, the findings of fact and conclusions of law of the magistrate judge are correct, and the report of the magistrate judge (#8) is **ADOPTED**.  A final judgment shall be entered dismissing the petition.

    SIGNED at Beaumont, Texas, this 2nd day of March, 2023.

                                                  MARCIA A. CRONE
                                                UNITED STATES DISTRICT JUDGE